*In re* HÉCTOR SERRANO MANGUAL.

*Número:* 9185          *Resuelto:* 4 de septiembre de 1998

*Héctor Serrano Mangual, pro se; Carmen H. Carlos, Directora de la Oficina de Inspección de Notarías,* en informe.

Sala Especial de Verano integrada por el Juez Presidente Señor Andréu García y los Jueces Asociados Señores Negrón García y Hernández Denton.

## RESOLUCIÓN

Examinada la petición de reinstalación como notario presentada el 5 de mayo de 1998 por el Lcdo. Héctor Serrano Mangual y el Informe de la Directora de la Oficina de Inspección de Notarías, Lcda. Carmen H. Carlos, se accede a lo solicitado y se autoriza la reinstalación del licenciado Serrano Mangual al ejercicio del notariado, previo el cumplimiento de los trámites reglamentarios para ello.

Se le apercibe a dicho abogado del estricto cumplimiento ulterior, en su desempeño futuro, de las obligaciones que emanan de su gestión notarial.

*Esta resolución se publicará.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

            *(Fdo.)* Isabel Llompart Zeno
                 *Secretaria del Tribunal Supremo*